AIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | 24-mj-339-TSM |
| | ) | |
| MARC JACQUES | ) | |

## CERTIFICATION AS TO SPEEDY TRIAL RIGHTS

Undersigned counsel certifies that (A) defense counsel has consulted with the defendant about the extension of the time to indict, (B) defense counsel has explained to the defendant that, by agreeing to an extension, the defendant is waiving his constitutional and statutory rights to a speedy indictment and trial, (C) the defendant has personally assented to the extension, and (D) defense counsel is forthwith mailing or electronically transmitting to the defendant a copy of this certification and the motion.

/s/ *Behzad Mirhashem*
Behzad Mirhashem

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2025, the above document was served electronically upon all counsel of record through the CM/ECF filing system.

/s/ *Behzad Mirhashem*
Behzad Mirhashem

1