UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

USA
    v.                              Case No.24-mj-339
Marc Jacques

ORDER

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform. Due to the unavailability of all of the magistrate judges in the District of New Hampshire, this Court certifies the need for assistance from a visiting magistrate judge, the Honorable _____, of the United States District Court for the District of Rhode Island, to perform judicial duties in the above referenced cases and in any case(s) arising therefrom.

THEREFORE, IT IS ORDERED, with the concurrence of the Honorable John J. McConnell, Chief Judge of the United States District Court for the District of Rhode Island, that United States Magistrate Judge _____ is hereby designated to perform any and all judicial duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c), in the District of Rhode Island during the pendency of these cases and of any case(s) arising therefrom.

    SO ORDERED.

                                                _____
                                                Landya B. McCafferty
                                                Chief Judge

Date: October 3, 2025

 cc:
       Clerk, U.S. District Court - District of Rhode Island

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

USA

    v.

Marc Jacques

Case No.24-mj-339

**CONCURRING ORDER**

I concur that an emergency exists as specified in the order issued by the United States District Court for the District of New Hampshire and that for the pendency of this case, and of any case(s) arising therefrom, Magistrate Judge _____ is assigned to perform such duties under 28 U.S.C. § 636 (a)-(c).

Date: _____   _____
Chief United States District Judge
District of Rhode Island

cc:   Clerk, U.S. District Court - District of New Hampshire