UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

USA

    v.                        Case No.1:24-mj-00339-AEM

Marc Jacques

ORDER

    Pursuant to the provisions of LR 77.5, this case has been referred to the District of Rhode Island for consideration by a Rhode Island judicial officer, sitting by designation, due to the recusal of the New Hampshire judges.  Jurisdiction of the case remains with the New Hampshire District Court.

    All original pleadings, motions, memos, and filings will continue to be filed with the Clerk in New Hampshire in accordance with this district's case filing rules.  Pro se litigants, however, are not required to file electronically and may continue to file documents in paper format.  Absent a court order to the contrary, no courtesy filings need to be filed in the District of Rhode Island.

                                        By the Court,

                                        /s/ Tracy A. Uhrin
                                        Tracy A. Uhrin, Clerk of Court

Date: October 15, 2025

    Clerk, U.S. District Court, Rhode Island